

**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**
**Clerk**

**312-435-5670**

Date: 05/07/2026

United States District Court of Minnesota

Re: Ali v. Wagner Spray Tech Corporation

USDC Case Number: 1:26-cv-03654

Dear Clerk:

Pursuant to the order entered by Honorable **John F. Kness**, on 05/6/02026, the above record was

        X     electronically transmitted to District of Minnesota

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely,
Thomas G. Bruton, Clerk

By:    /s/ Michael Navarro
       Deputy Clerk

New Case No. _____    Date _____

cc:    Non-ECF Attorneys and Pro se Parties

Rev. 09/23/2016